Mr. Sylvester Trim #112088
T-U upper A tier cell #20
Louisiana State Penitentiary
Angola, La 70712
August 2, 2023

Dear Warden Hooper,

Emergency A.R.P.

On August 2, 2023, Lt. Irvin was making rounds on upper "A" tier passing by cell #20. As to the misconduct, she told me I can't wear my backbrace on the yard. I told her I have a duty status to wear my back brace, as to the negligence of due care for her elders, and disregard for my safety and well being. She stated with a aggressive attitude to take it off if you want to go on the yard today. Now, everytime she work her shift on B-Team shift she come with a new rule, color of law, misuse of power. That is not in the Disciplinary rule books or postal policy.

May I please have a Investigation officer, to come see me soon as possibly upon receiving this letter - A.R.P. in your hands.

to to me not being for Angola no more, what is the hold up on me when I check the phone this morning my D.O.C. is not in authorization of the institution, now, where I cannot make calls. This is a emergeney problem my life is in danger and all camp "c" and Camp "D" and T.U. If anything happen to me, It will be ya'll fault not mines I will no get NO life sentence or death penaly in Angola now for failure to protect. Because I am homicide not sucide. If you don't move me to another institutional with the form I asked for now.

C.C. Filed Respectfully sincerely
Sylvester Hacker
D.O.E. #170855

Mr. Sylvester Trackling #170808
T-4 Upper Left A
Louisiana State Penitentiary
Angola, La. 70712

United States District Court
Middle District of Louisiana
777 Florida St, Suite 139
Baton Rouge, La. 70801