UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**SYLVESTER TRACKLING (#117085)**                                      **CIVIL ACTION**

**VERSUS**

                                                                                                **NO. 23-671-JWD-RLB**

**LT. IRVIN**

## RULING

While confined at the Louisiana State Penitentiary ("LSP") plaintiff filed this proceeding pursuant to 42 U.S.C. § 1983. *See* R. Doc. 1. However, it appears that the plaintiff is no longer housed at LSP. On March 1, 2024, an Order from this Court was returned to the Court marked, "NO LONGER AT LSP." *See* R. Doc. 4.

Pursuant to Local Rule 41(b)(4) of the Court, the failure of a *pro se* litigant to keep the Court apprised of a change of address may constitute a cause for dismissal for failure to prosecute when a notice has been returned to a party or the Court for the reason of an incorrect address and no correction is made to the address for a period of thirty (30) days. As a practical matter, the case cannot proceed without an address where the plaintiff may be reached and where he may receive pertinent pleadings, notices or rulings. Accordingly,

**IT IS ORDERED** that the plaintiff's claims be and are hereby dismissed, without prejudice, for failure of the plaintiff to prosecute this proceeding and for failure to keep the Court apprised of a current address.

**IT IS FURTHER ORDERED** that, on motion of the plaintiff, filed within thirty (30) days, and upon a showing of good cause the Court may consider reinstatement of the plaintiff's claims on the Court's Docket. *Judgment* shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on <u>April 10, 2024</u>.

**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**