UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**SYLVESTER TRACKLING (#117085)**

**VERSUS**

**LT. IRVIN**

**CIVIL ACTION**

**NO. 23-671-JWD-RLB**

## JUDGMENT

For the written reasons assigned,

**IT IS ORDERED** that the Plaintiff's claims be and are hereby **DISMISSED**, **WITHOUT PREJUDICE**, for failure of the Plaintiff to prosecute this proceeding and for failure to keep the Court apprised of a current address.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, on motion of the Plaintiff, filed within thirty (30) days, and upon a showing of good cause, the Court may consider reinstatement of the Plaintiff's claims on the Court's Docket.

Signed in Baton Rouge, Louisiana on <u>April 10, 2024</u>.

_____
**JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**